# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN CHARLES STATELY,<br><br>    Petitioner,<br><br>vs.<br><br>JACK PALMER, et al.,<br><br>    Respondents. | Case No. 3:11-CV-00673-LRH-(VPC)<br><br>**ORDER** |

    The court directed petitioner to show cause why this action should not be dismissed because he had failed to exhaust his available remedies in the state courts. Order (#13). Petitioner has not responded within the allotted time.

    Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to exhaust his available state-court remedies. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED this 16th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE