AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

BRIAN CHARLES STATELY,

    Petitioner,

V.

JACK PALMER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00673-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.
IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

May 17, 2012                                  **LANCE S. WILSON**
                                                                     Clerk

                                                           /s/  M. Campbell
                                                            Deputy Clerk